# Third District Court of Appeal

## State of Florida

Opinion filed December 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-0129; 3D21-0146 and 3D21-0431
Lower Tribunal Nos. 20-0108 AP; 12-8048 CC; 20-0140 AP; 13-0785 CC;
and 12-3685 CC

_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Central Therapy Center Inc.,
a/a/o Roberto De Jesus, Roberto E. Barban, and
Florencio De Las Barreras,**
Appellees.


Appeals from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

Corredor & Husseini, P.A., and Maria E. Corredor; David B. Pakula, P.A., and David B. Pakula (Pembroke Pines), for appellees.


Before LOGUE, LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.